IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LLOYD T. SCHUENKE,

                Plaintiff,                JUDGMENT IN A CIVIL CASE

v.                                              12-cv-382-bbc

WISCONSIN DEPARTMENT OF
CORRECTIONS, GARY HAMBLIN,
KATHRYN R. ANDERSON, CATHY A. JESS,
JUDY P. SMITH, COLLEEN JANIKOWSKI and
SANDY HENRICKSON,

                Defendants.

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Lloyd T. Schuenke leave to proceed *in forma pauperis* because his allegations do not qualify under the imminent danger exception to 28 U.S.C. § 1915 (g) and dismissing this case without prejudice.

          _/s/ Peter Oppeneer_                      11/6/12
           Peter Oppeneer, Clerk of Court                Date