IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LLOYD T. SCHUENKE,

                Plaintiff,        JUDGMENT IN A CIVIL CASE

v.                                        12-cv-382-bbc

WISCONSIN DEPARTMENT OF
CORRECTIONS, GARY HAMBLIN,
KATHRYN R. ANDERSON, CATHY A. JESS,
JUDY P. SMITH, COLLEEN JANIKOWSKI and
SANDY HENRICKSON,

                Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Lloyd T. Schuenke leave to proceed in forma pauperis because his allegations do not qualify under the imminent danger exception to 28 U.S.C. § 1915 (g) and dismissing this case without prejudice.

_____        11/6/12
Peter Oppeneer, Clerk of Court         Date